**Anthony L. ODOM, Plaintiff–Appellant,**

v.

**B. SOLES, Superintendent; Lieutenant Hawks; Lieutenant Mateen; W. Hence, Correctional Officer; Glenn Livesay, Maintenance Man; Ms. Gray, Nurse, Defendants–Appellees.**

**No. 01–6669.**

United States Court of Appeals, Fourth Circuit.

Submitted July 26, 2001.

Decided Aug. 2, 2001.

Anthony L. Odom, pro se. Susan Foster Barr, Office of the Attorney General of Virginia, Richmond, VA, for appellees.

Before WILKINS, LUTTIG, and TRAXLER, Circuit Judges.

PER CURIAM.

Anthony L. Odom appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Odom v. Soles,* No. CA–00–841–AM (E.D. Va. filed Apr. 3, 2001; entered Apr. 4, 2001). We deny Odom's motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*